UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENITO GARCIA-CELIS, | ) |
| | ) CASE NO. C14-0985-RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
| Respondents. | ) |

This matter comes before the court on review of the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court has reviewed the R&R as well as the remaining record, and notes that no one has objected to the R&R. The court ADOPTS the R&R (Dkt. # 5), and DISMISSES this action without prejudice for failure to prosecute. The clerk shall ensure that Judge Theiler receives notice of this order.

DATED this 15th day of October, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE -1